Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: KamariaD@LeibovicLawGroup.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET FEKETE, | CASE No.: 5:20-cv-01638-MAR |
| Plaintiff | |
| vs. | **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |
| KILOLO KIJAKAZI, , | |
| Acting Commissioner of SSA | |
| Defendant(s). | |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND-FORTY-SEVEN DOLLARS and THIRTY-SIX CENTS ($3,047.36).

DATE: August 16, 2021

_____
HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

- 1